ACCEPTED
03-15-00534-CV
8013733
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/30/2015 2:17:34 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00534-CV**

In The Court Of Appeals
For the Third Judicial District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/30/2015 2:17:34 PM
JEFFREY D. KYLE
Clerk

**FITNESS INTERNATIONAL, LLC**

*Appellant & Cross-Appellee,*

**v.**

**GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS**

*Appellees & Cross-Appellants.*

ON APPEAL FROM THE 200th DISTRICT COURT, TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. D-1-GN-14-003869

**APPELLANT'S FIRST UNOPPOSED MOTION
TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

RYAN LAW FIRM, LLP
Doug Sigel
Texas Bar No. 18347650
Amy Wills
Texas Bar No. 24093379
100 Congress Avenue, Suite 950
Austin, Texas 78701
Telephone: (512) 459-6600
Facsimile: (512) 459-6601

*Counsel for Fitness International, LLC*

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.1 and 38.6(d), the Appellant, Fitness International, LLC, files this First Unopposed Motion to Extend Time to File Appellant's Brief.

The Appellant's Brief is currently due on **December 16, 2015.** Counsel for Appellant requests a 30-day extension of time to file its Appellant's Brief, making the brief due on **January 15, 2016**. This is the first request for extension of time to file the Appellant's Brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

• The undersigned counsel for Dish Network, L.L.C., is preparing for a hearing and a trial in the case, styled *Dish Network, L.L.C., v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of The State of Texas*; Cause No. D-1-GN-15-000344; in the 201st Judicial District Court of Travis County, Texas. The hearing is scheduled to be held on December 3, 2015, and the trial is scheduled to be held on December 7, 2015.

• The undersigned counsel is preparing an Appellants' Reply Brief in *Duke Realty Limited Partnership and Huffmeister Development v. Harris County*

*Appraisal District*, No. 14-15-00543-CV, in the Fourteenth Court of Appeals, which is due to be filed on December 7, 2015.

• The undersigned counsel is preparing for oral argument in *Hallmark Marketing Company, LLC v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas*, Case No. 14-1075, in the Supreme Court of Texas, scheduled to be held on December 9, 2015.

• The undersigned counsel for Owens Corning, is preparing for a hearing in the case, styled *Owens Corning v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of The State of Texas*; Cause No. D-1-GN-15-001998; in the 53rd Judicial District Court of Travis County, Texas, scheduled to be held on December 10, 2015.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. Given the other time commitments imposed on counsel, it will not be possible to prepare the Appellant's Brief by December 16, 2015. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with Jack Hohengarten, counsel for the Appellees, and he has indicated that he does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion; therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this First Unopposed Motion to Extend Time to File Appellant's Brief and extend the deadline for filing the Appellant's Brief up to and including **January 15, 2016**. Appellant requests all other relief to which they may be entitled.

Respectfully submitted,

RYAN LAW FIRM, LLP

/s/ Doug Sigel

Doug Sigel
Texas Bar No. 18347650
100 Congress Avenue, Suite 950
Austin, Texas 78701
Telephone: (512) 459-6600
Facsimile: (512) 459-6601
Doug.Sigel@ryanlawllp.com

*Attorney For Appellant*
*Fitness International, LLC*

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(5), I certify that the undersigned conferred with opposing counsel, Jack Hohengarten, on November 23, 2015, and Mr. Hohengarten is not opposed to this motion.

/s/ Doug Sigel
Doug Sigel

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Appellant's First Unopposed Motion to Extend Time to File Appellant's Brief was served on Appellees through counsel of record, Jack Hohengarten, Office of the Attorney General, Tax Division, William P. Clements Building, 300 W. 15th Street, 11th Floor, Austin, Texas 78701, by electronic mail and electronic service on November 30, 2015.

/s/ Doug Sigel
Doug Sigel